UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**GREGORY D. SEARLS, JR. (#475896)**

**VERSUS**

**MAJOR D. STROUGHTER, ET AL.**

**CIVIL ACTION**

**NO. 16-0706-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 21, 2018, to which no opposition was filed;

**IT IS ORDERED** that Plaintiff's claims asserted against Defendant M. Strahan are dismissed for failure of Plaintiff to serve this Defendant within the delays allowed by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment of Defendants Douglas Stroughter and Marcus Allen (R. Doc. 11) is granted, dismissing Plaintiff's Complaint, with prejudice, as time-barred, and that this action be dismissed.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on July 9, 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**