# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**GREGORY D. SEARLS, JR. (#475896)**

**VERSUS**

**MAJOR D. STROUGHTER, ET AL.**

**CIVIL ACTION**

**NO. 16-0706-JWD-EWD**

## AMENDED OPINION

After independently reviewing the entire record in this case, considering the objection of Plaintiff, (Doc. 17). The Court notes that the Plaintiff's objections do no address the deficiencies identified in the Magistrate Judge's Report and Recommendation. For the reasons set forth in the Magistrate Judge's Report dated June 21, 2018;

**IT IS ORDERED** that Plaintiff's claims asserted against Defendant M. Strahan are dismissed for failure of Plaintiff to serve this Defendant within the delays allowed by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment of Defendants Douglas Stroughter and Marcus Allen (R. Doc. 11) is granted, dismissing Plaintiff's Complaint, with prejudice, as time-barred, and that this action be dismissed.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>July 31, 2018</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**